IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CERVECERIA MODELO, S.A. DE C.V., a Mexico corporation; <br><br> and . <br><br> CERVECERIA DEL PACIFICO, S.A. DE C.V., a Mexico corporation; <br><br> Plaintiffs, <br><br> v. <br><br> BRUT CUVEE, an entity of unknown origin; <br><br> JAY HUDNALL, an individual; <br><br> and <br><br> DOES 1 through 10, <br><br> Defendants. | **FILED** <br> DEC 1 1 2002 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> **CIVIL NO.: 02-1586** <br><br> **JUDGE URBINA** |

**JUDGMENT**

Pursuant to stipulation of the parties:

**It Is Hereby Ordered, Adjudged and Decreed** that Judgment is entered in favor of Plaintiffs Cerveceria Modelo, S.A. de C.V. and Cerveceria del Pacifico, S.A. de C.V. against Defendants Brut Cuvee and Jay Hudnall.

**It Is Further Hereby Ordered, Adjudged and Decreed** that Plaintiffs Cerveceria Modelo, S.A. de C.V. and Cerveceria del Pacifico, S.A. de C.V. shall recover $75,000 from Defendants Brut Cuvee and Jay Hudnall.

*This judgment is subject to the confidential settlement agreement filed under seal.* RMU

Dated: December 10, 2002

_____
Honorable Ricardo M. Urbina
United States District Court Judge